## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                    **JS-6**

| Case No. | 2:24-cv-03259-CAS(MARx) | Date | December 20, 2024 |
|---|---|---|---|
| Title | Azamat Zhanabayev v. United States Citizenship and Immigration Services et al | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                  Not Present

**Proceedings:**      (IN CHAMBERS) - DISMISSAL

On June 6, 2024, defendants Ur Mendoza Jaddou, Secretary Alejandro Mayorkas, Loren K. Miller, and United States Citizenship and Immigration Services (collectively "defendants") filed a motion to dismiss plaintiff Azamat Zhanabayev's ("plaintiff") complaint. Dkt. 20. On July 22, 2024, the Court granted defendants' motion to dismiss and directed plaintiff to file an amended complaint, if any, by August 19, 2024. Dkt. 23.

The record reflects to date, nothing further has been filed. Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |